1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  R. TRAVIS CAMPBELL (SBN 271580)
   tcampbell@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625
   tnarita@snllp.com
6  tcampbell@snllp.com

7  Attorneys for defendant
   Midland Credit Management, Inc.,
8  erroneously sued as Midland Credit
   Management

                 UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION

| ROSA ISELA LEDESMA, | ) | CASE NO.  CV12-00495-LHK |
|---|---|---|
| Plaintiff, | ) ) ) | **SECOND STIPULATION TO EXTEND DEFENDANT MIDLAND CREDIT MANAGEMENT'S TIME TO RESPOND TO COMPLAINT** |
| vs. | ) ) ) ) | |
| TRANS UNION LLC; MIDLAND CREDIT MANAGEMENT, | ) ) | Complaint Served: February 16, 2012 |
| Defendants. | ) ) ) | Current Response Date: March 22, 2012 |
| | ) | New Response Date: April 5, 2012 |

1     WHEREAS the Complaint in this action was filed on January 31, 2012;

2     WHEREAS Defendant Midland Credit Management, Inc. ("Defendant") was
3 served with the Complaint on February 16, 2012;

4     WHEREAS Defendant's response to the Complaint was due on March 8, 2012;

5     WHEREAS the parties stipulated to, and the Court granted, an extension of
6 time for Defendant to respond to the Complaint up to and including March 22, 2012;

7     WHEREAS the Complaint references a document that is attached thereto as
8 Exhibit A (*See* Complaint ¶ 8);

9     WHEREAS the Complaint Defendant received did not contain a document
10 attached thereto as Exhibit A;

11     WHEREAS on March 16, 2012, Defendant requested that Plaintiff provide a
12 copy of the document referenced in the Complaint as Exhibit A;

13     WHEREAS On March 19, 2012, Plaintiff provided Defendant a copy of the
14 document referenced in the Complaint as Exhibit A;

15     WHEREAS Defendant requires additional time to review Exhibit A and
16 investigate the claims asserted in the Complaint;

17     WHEREAS Plaintiff has agreed to grant Defendant an extension of time to
18 respond to the Complaint up to and including April 5, 2012;

19     WHEREAS on March 19, 2012, the Court issued an Order reassigning the case
20 to the Honorable Lucy K. Koh and vacating all matter presently scheduled for
21 hearing;

22     WHEREAS as of the filing of this stipulation, this Court has not issued an
23 Order setting an initial case management conference;

24     WHEREAS the requested extension of time will have no effect on the case
25 schedule,

26     THEREFORE plaintiff Rosa Isela Ledesma and defendant Midland Credit
27 Management, Inc., by and through their counsel, hereby stipulate and agree pursuant

28

Case5:12-cv-00495-LHK   Document18   Filed03/22/12   Page3 of 3

1  to Local Rule 6-1(a), that Defendant may have up to and including April 5, 2012, to
2  answer or otherwise respond to the Complaint filed in this action.
3  IT IS SO STIPULATED.

6  DATED: March 21, 2012         SIMMONDS & NARITA LLP
                                 TOMIO B. NARITA
7                                R. TRAVIS CAMPBELL

8                                By:  s/R. Travis Campbell
9                                     R. Travis Campbell
                                      Attorneys for Defendant
10                                    Midland Credit Management, Inc., erroneously
                                      sued as Midland Credit Management

12 DATED: March 21, 2012         STEBURG LAW FIRM
                                 ANITA STEBURG
13

14                               By:  s/Anita Steburg
                                      Anita Steburg
15                                    Attorneys for Plaintiff
                                      Rosa Isela Ledesma

17 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 DATED:  March 22, 2012                    *Lucy H. Koh*
20                                           Hon. Lucy K. Koh
                                             U.S. District Judge

LEDESMA V. TRANS UNION LLC, ET AL. (CASE NO.: CV12-00495-HRL)
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                2