1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  R. TRAVIS CAMPBELL (SBN 271580)
   tcampbell@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625
   tnarita@snllp.com
6  tcampbell@snllp.com

7  Attorneys for defendant
   Midland Credit Management, Inc.,
8  erroneously sued as Midland Credit
   Management
9

10

                UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN JOSE DIVISION
13

14  ROSA ISELA LEDESMA,              )  CASE NO.  CV12-00495-LHK
                                     )
15         Plaintiff,                )
                                     )  **STIPULATION TO CONTINUE**
16      vs.                          )  **INITIAL CASE MANAGEMENT**
                                     )  **CONFERENCE**
17                                   )
                                     )  **AND ORDER**
18  TRANS UNION LLC; MIDLAND         )
    CREDIT MANAGEMENT,               )
19                                   )
           Defendants.               )
20  ──────────────────────────────  )

21

22

23

24

25

26

27

28

1   Plaintiff ROSA ISELA LEDESMA ("Plaintiff"), defendant TRANS UNION

2   LLC ("Trans Union") and defendant MIDLAND CREDIT MANAGEMENT, INC.

3   ("Midland"), by and through their respective counsel, hereby stipulate as follows:

4   WHEREAS on March 27, 2012, the Court issued a Clerk's Notice Setting Case

5   Management Conference for July18, 2012 at 2:00 p.m. (*see* Doc. No. 11);

6   WHEREAS Midland's counsel is scheduled to attend and present at an out-of-

7   state professional conference from July 18, 2012 through July 20, 2012;

8   WHEREAS Plaintiff and Trans Union do not object to continuing the Case

9   Management Conference;

10   WHEREAS the parties jointly request that the Case Management Conference

11   currently set for July 18, 2012, be rescheduled to July 25, 2012 at 2:00 p.m.;

12   WHEREAS no prior continuance of the Case Management Conference has

13   been requested or granted in this action; and

14   THEREFORE, its hereby STIPULATED and agreed by and between the

15   parties, pursuant to Local Rule 6-1, that the initial Case Management Conference

16   currently set for July 18, 2012 at 2:00 p.m., be continued to July 25, 2012 at 2:00 p.m.

17

18   DATED: May 31, 2012          SIMMONDS & NARITA LLP
                                    TOMIO B. NARITA
19                                  R. TRAVIS CAMPBELL

20
                                    By:   s/R. Travis Campbell
21                                        R. Travis Campbell
                                          Attorneys for Defendant
22                                        Midland Credit Management, Inc., erroneously
                                          sued as Midland Credit Management
23

24   DATED: May 31, 2012          SCHUCKIT & ASSOCIATES, P.C.
                                    LAURA K. RANG
25
                                    By:   s/Laura K. Rang
26                                        Laura K. Rang
                                          (Admitted *Pro Hac Vice*)
27                                        Attorneys for Defendant (Lead Counsel)
                                          Trans Union, LLC
28

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN
BLAKE THOMPSON

Attorneys for Defendant (Local Counsel)
Trans Union, LLC

DATED: May 31, 2012     STEBURG LAW FIRM
ANITA STEBURG

By:  s/Anita Steburg
Anita Steburg
Attorneys for Plaintiff
Rosa Isela Ledesma

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 11, 2012

Lucy H. Koh
Hon. Lucy K. Koh
U.S. District Judge