1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  R. TRAVIS CAMPBELL (SBN 271580)
   tcampbell@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625
   tnarita@snllp.com
6  tcampbell@snllp.com

7  Attorneys for defendant
   Midland Credit Management, Inc.,
8  erroneously sued as Midland Credit
   Management
9

10                    UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14  ROSA ISELA LEDESMA,              )   CASE NO.  CV12-00495-LHK
                                     )
15          Plaintiff,               )
                                     )   **STIPULATION TO CONTINUE**
16     vs.                           )   **INITIAL CASE MANAGEMENT**
                                     )   **CONFERENCE**
17                                   )
                                     )   **AND ORDER**
18  TRANS UNION LLC; MIDLAND         )
    CREDIT MANAGEMENT,               )
19                                   )
          Defendants.                )
20  ─────────────────────────────   )

21

22

23

24

25

26

27

28

1    Plaintiff ROSA ISELA LEDESMA ("Plaintiff"), defendant TRANS UNION

2  LLC ("Trans Union") and defendant MIDLAND CREDIT MANAGEMENT, INC.

3  ("Midland"), by and through their respective counsel, hereby stipulate as follows:

4    WHEREAS on March 27, 2012, the Court issued a Clerk's Notice Setting Case

5  Management Conference for July18, 2012 at 2:00 p.m. (*see* Doc. No. 11);

6    WHEREAS Midland's counsel is scheduled to attend and present at an out-of-

7  state professional conference from July 18, 2012 through July 20, 2012;

8    WHEREAS Plaintiff and Trans Union do not object to continuing the Case

9  Management Conference;

10   WHEREAS the parties jointly request that the Case Management Conference

11 currently set for July 18, 2012, be rescheduled to July 25, 2012 at 2:00 p.m.;

12   WHEREAS no prior continuance of the Case Management Conference has

13 been requested or granted in this action; and

14   THEREFORE, its hereby STIPULATED and agreed by and between the

15 parties, pursuant to Local Rule 6-1, that the initial Case Management Conference

16 currently set for July 18, 2012 at 2:00 p.m., be continued to July 25, 2012 at 2:00 p.m.

17

18 DATED: May 31, 2012          SIMMONDS & NARITA LLP
                               TOMIO B. NARITA
19                             R. TRAVIS CAMPBELL

20
                               By:  s/R. Travis Campbell
21                                  R. Travis Campbell
                                    Attorneys for Defendant
22                                  Midland Credit Management, Inc., erroneously
                                    sued as Midland Credit Management
23

24 DATED: May 31, 2012          SCHUCKIT & ASSOCIATES, P.C.
                               LAURA K. RANG
25
                               By:  s/Laura K. Rang
26                                  Laura K. Rang
                                    (Admitted *Pro Hac Vice*)
27                                  Attorneys for Defendant (Lead Counsel)
                                    Trans Union, LLC
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN
BLAKE THOMPSON

Attorneys for Defendant (Local Counsel)
Trans Union, LLC

DATED: May 31, 2012         STEBURG LAW FIRM
                            ANITA STEBURG

                            By:   s/Anita Steburg
                                  Anita Steburg
                                  Attorneys for Plaintiff
                                  Rosa Isela Ledesma

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 11, 2012 _____        _Lucy H. Koh_____
                                            Hon. Lucy K. Koh
                                            U.S. District Judge