| | |
|---|---|
| 1<br>2<br>3<br>4 | ANITA STEBURG (SBN: 245933)<br>STEBURG LAW FIRM<br>1798 Technology Drive, Suite 258<br>San Jose, CA 95110<br>Tel.: (408) 573-1122<br>Fax: (408) 573-1126 |
| 5 | Attorney for Plaintiff, ROSA ISELA LEDESMA |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA ISELA LEDESMA<br><br>      Plaintiff,<br><br>Vs.<br><br>TRANS UNION L.L.C.; MIDLAND CREDIT MANAGEMENT<br><br>      Defendants. | **Case No. : 5:12-cv-00495 LHK**<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

    Plaintiff ROSA ISELA LEDESMA ("Plaintiff"), defendant TRANS UNION LLC ("Trans Union") and defendant MIDLAND CREDIT MANAGEMENT, INC. ("Midland"), by and through their respective counsel, hereby stipulate as follows:

    WHEREAS on June 11, 2012, the Court issued an Order based on a stipulation agreed to between the parties continuing the Case Management Conference from July 18, 2012 to July 25, 2012 at 2:00 p.m. (*see* Doc. No. 28);

    WHEREAS Plaintiff's counsel has a required court appearance in another matter in another courtroom and will be unable to attend;

**Page 1**

WHEREAS TransUnion, LLC and Midland Credit Management, Inc,. do not object to continuing the Case Management Conference for one week;

WHEREAS the parties jointly request that the Case Management Conference currently set for July 25, 2012, be rescheduled to August 1, 2012 at 2:00 p.m.;

WHEREAS one prior continuance of the Case Management Conference has been requested and granted in this action; and

THEREFORE, its hereby STIPULATED and agreed by and between the parties, pursuant to Local Rule 6-1, that the initial Case Management Conference currently set for July 25, 2012 at 2:00 p.m., be continued to August 1, 2012 at 2:00 p.m.

DATED: July 11, 2012          SIMMONDS & NARITA LLP
                                        TOMIO B. NARITA
                                        R. TRAVIS CAMPBELL

                                        By: /s/R. Travis Campbell
                                        R. Travis Campbell
                                        Attorneys for Defendant
                                        Midland Credit Management, Inc., erroneously sued as Midland Credit Management

DATED: July 11, 2012          SCHUCKIT & ASSOCIATES, P.C.
                                        LAURA K. RANG

                                        By: /s/Laura K. Rang
                                        Laura K. Rang
                                        (Admitted *Pro Hac Vice*)
                                        Attorneys for Defendant (Lead Counsel)

                                        Trans Union, LLC
                                        ROSEN, BIEN & GALVAN, LLP
                                        MICHAEL W. BIEN
                                        BLAKE THOMPSON
                                        Attorneys for Defendant (Local Counsel)
                                        Trans Union, LLC

//

//

DATED: July 11, 2012        STEBURG LAW FIRM
                            ANITA STEBURG
                            By: /s/Anita Steburg
                            Anita Steburg
                            Attorneys for Plaintiff
                            Rosa Isela Ledesma


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 12, 2012        /s/ Lucy H. Koh
                            Hon. Lucy K. Koh
                            U.S. District Judge