ANITA STEBURG (SBN: 245933)
STEBURG LAW FIRM
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel.: (408) 573-1122
Fax: (408) 573-1126

Attorney for Plaintiff, ROSA ISELA LEDESMA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA ISELA LEDESMA<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>TRANS UNION L.L.C.; MIDLAND CREDIT MANAGEMENT<br><br>　　　　Defendants. | **Case No. : 5:12-cv-00495 LHK**<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

  Plaintiff ROSA ISELA LEDESMA ("Plaintiff"), defendant TRANS UNION LLC ("Trans Union") and defendant MIDLAND CREDIT MANAGEMENT, INC. ("Midland"), by and through their respective counsel, hereby stipulate as follows:

  WHEREAS on June 11, 2012, the Court issued an Order based on a stipulation agreed to between the parties continuing the Case Management Conference from July 18, 2012 to July 25, 2012 at 2:00 p.m. (*see* Doc. No. 28);

  WHEREAS Plaintiff's counsel has a required court appearance in another matter in another courtroom and will be unable to attend;

WHEREAS TransUnion, LLC and Midland Credit Management, Inc,. do not object to continuing the Case Management Conference for one week;

WHEREAS the parties jointly request that the Case Management Conference currently set for July 25, 2012, be rescheduled to August 1, 2012 at 2:00 p.m.;

WHEREAS one prior continuance of the Case Management Conference has been requested and granted in this action; and

THEREFORE, its hereby STIPULATED and agreed by and between the parties, pursuant to Local Rule 6-1, that the initial Case Management Conference currently set for July 25, 2012 at 2:00 p.m., be continued to August 1, 2012 at 2:00 p.m.

DATED: July 11, 2012        SIMMONDS & NARITA LLP
                            TOMIO B. NARITA
                            R. TRAVIS CAMPBELL

                            By: /s/R. Travis Campbell
                            R. Travis Campbell
                            Attorneys for Defendant
                            Midland Credit Management, Inc., erroneously sued as Midland Credit Management

DATED: July 11, 2012        SCHUCKIT & ASSOCIATES, P.C.
                            LAURA K. RANG

                            By: /s/Laura K. Rang
                            Laura K. Rang
                            (Admitted *Pro Hac Vice*)
                            Attorneys for Defendant (Lead Counsel)

                            Trans Union, LLC
                            ROSEN, BIEN & GALVAN, LLP
                            MICHAEL W. BIEN
                            BLAKE THOMPSON
                            Attorneys for Defendant (Local Counsel)
                            Trans Union, LLC

//

//

DATED: July 11, 2012　　　　STEBURG LAW FIRM
　　　　　　　　　　　　　　ANITA STEBURG
　　　　　　　　　　　　　　By: /s/Anita Steburg
　　　　　　　　　　　　　　Anita Steburg
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　Rosa Isela Ledesma


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 12, 2012　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　Hon. Lucy K. Koh
　　　　　　　　　　　　　　U.S. District Judge