Laura K. Rang, Esq. (IN #26238-49-A)
 (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: lrang@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail: mbien@rbg-law.com
        bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ROSA ISELA LEDESMA,<br>  Plaintiff,<br><br>vs.<br><br>TRANS UNION, L.L.C. and MIDLAND CREDIT MANAGEMENT,<br>  Defendants. | CASE NO. 5:12-cv-00495-LHK<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY |

Plaintiff Rosa Isela Ledesma, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 8/15/12

s/ Anita L. Steburg (w/ consent)
Anita L. Steburg, Esq.
Steburg Law Firm
1798 Technology Drive, Suite 258
San Jose, CA  95110
Telephone:  408-573-1122
Fax:  408-573-1126
E-mail:  anita@steburglawfirm.com

*Counsel for Rosa Isela Ledesma*

Date: 8/15/12

s/ Laura K. Rang
Laura K. Rang, Esq.  (IN #26238-49-A)
  (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com

*Lead Counsel for Trans union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson,  Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
         bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice.  Plaintiff Rosa Isela Ledesma and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: August 16, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

DISTRIBUTION TO:

| | |
|---|---|
| Anita Louise Steburg, Esq. anita@steburglawfirm.com | Michael W. Bien, Esq. mbien@rbg-law.com |
| Robert T. Campbell, Esq. tcampbell@snllp.com | Blake Thompson, Esq. bthompson@rbg-law.com |
| Tomio B. Narita, Esq. tnarita@snllp.com | Laura K. Rang, Esq. lrang@schuckitlaw.com |