UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROSE ISELA LEDESMA | ) | Case No.: 12-CV-00495-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER REGARDING FILING OF |
| | ) | STIPMISSAL |
| TRANS UNION, LLC; MIDLAND CREDIT | ) | |
| MANAGEMENT | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

On October 16, 2012, Plaintiff Rose Isela Ledesma ("Plaintiff") filed a Notice of Settlement as to Defendant Midland Credit Management, the only remaining defendant in this case. ECF No. 39; *see also* ECF No. 38 (granting dismissal with prejudice as to Defendant Trans Union LLC). In light of the parties' settlement, the parties are hereby ORDERED to file a Stipulation of Dismissal by October 31, 2012. The upcoming case management conference, which is scheduled for October 24, 2012, is hereby CONTINUED to November 14, 2012. All other upcoming deadlines and pending Court dates in this matter are hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 17, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge