TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
R. TRAVIS CAMPBELL (SBN 271580)
tcampbell@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
tcampbell@snllp.com

Attorneys for defendant
Midland Credit Management, Inc.,
erroneously sued as Midland Credit
Management

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSA ISELA LEDESMA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION LLC; MIDLAND CREDIT MANAGEMENT,<br><br>　　　　Defendants. | CASE NO.  CV12-00495-LHK<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE DISMISSAL AND FURTHER CASE MANAGEMENT CONFERENCE** |

Plaintiff ROSA ISELA LEDESMA ("Plaintiff") and defendant MIDLAND CREDIT MANAGEMENT, INC. ("Midland"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS on October 16, 2012, the parties[1] filed a Joint Notice Of Settlement (*see* Doc. No. 39);

WHEREAS on October 17, 2012, the Court issued an Order setting a deadline of October 31, 2012 for the parties to file a Stipulation of Dismissal and continued the Case Management Conference scheduled for October 24, 2012, to November 14, 2012;

WHEREAS the parties have agreed to the terms of a settlement agreement but require additional time to have the agreement fully executed;

WHEREAS the parties jointly request that the Court continue the deadline to file a Stipulation of Dismissal currently set for October 31, 2012, to November 14, 2012;

WHEREAS the parties do not anticipate that a further Case Management Conference will be necessary but if it is, the parties also request that the Case Management Conference currently set for November 14, 2012, be rescheduled to November 28, 2012 at 2:00 p.m.;

WHEREAS one prior continuance of a Case Management Conference was requested and granted in this action (*see* Doc. Nos. 26 & 30); and

THEREFORE, it is hereby STIPULATED and agreed by and between the parties, pursuant to Local Rule 6-1, that the parties' deadline to file a Stipulation of Dismissal currently set for October 31, 2012 is continued to November 14, 2012 and the further Case Management Conference currently set for November 14, 2012 at 2:00 p.m. is continued to November 28, 2012 at 2:00 p.m.

---

[1] Defendant TransUnion LLC has already been dismissed with prejudice. *See* Doc No. 38.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 31, 2012 | SIMMONDS & NARITA LLP<br>TOMIO B. NARITA<br>R. TRAVIS CAMPBELL |
| 3 | | |
| 4 | | By:   s/R. Travis Campbell |
| 5 | |      R. Travis Campbell<br>     Attorneys for Defendant |
| 6 | |      Midland Credit Management, Inc.,<br>     erroneously sued as Midland Credit |
| 7 | |      Management |
| 8 | | |
| 9 | DATED: October 31, 2012 | STEBURG LAW FIRM<br>ANITA STEBURG |
| 10 | | By:   s/Anita Steburg |
| 11 | |      Anita Steburg<br>     Attorneys for Plaintiff |
| 12 | |      Rosa Isela Ledesma |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

                                                          Hon. Lucy K. Koh<br>                                                          U.S. District Judge