1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  R. TRAVIS CAMPBELL (SBN 271580)
   tcampbell@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625
   tnarita@snllp.com
6  tcampbell@snllp.com

7  Attorneys for defendant
   Midland Credit Management, Inc.,
8  erroneously sued as Midland Credit
   Management

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROSA ISELA LEDESMA, | ) CASE NO. CV12-00495-LHK |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION TO CONTINUE** |
| vs. | ) **DEADLINE TO FILE DISMISSAL** |
| | ) **AND FURTHER CASE** |
| | ) **MANAGEMENT CONFERENCE** |
| TRANS UNION LLC; MIDLAND CREDIT MANAGEMENT, | ) |
| Defendants. | ) |

1  Plaintiff ROSA ISELA LEDESMA ("Plaintiff") and defendant MIDLAND
2 CREDIT MANAGEMENT, INC. ("Midland"), by and through their respective
3 counsel, hereby stipulate as follows:
4  WHEREAS on October 16, 2012, the parties[1] filed a Joint Notice Of
5 Settlement (*see* Doc. No. 39);
6  WHEREAS on October 17, 2012, the Court issued an Order setting a deadline
7 of October 31, 2012 for the parties to file a Stipulation of Dismissal and continued
8 the Case Management Conference scheduled for October 24, 2012, to November 14,
9 2012;
10  WHEREAS the parties have agreed to the terms of a settlement agreement but
11 require additional time to have the agreement fully executed;
12  WHEREAS the parties jointly request that the Court continue the deadline to
13 file a Stipulation of Dismissal currently set for October 31, 2012, to November 14,
14 2012;
15  WHEREAS the parties do not anticipate that a further Case Management
16 Conference will be necessary but if it is, the parties also request that the Case
17 Management Conference currently set for November 14, 2012, be rescheduled to
18 November 28, 2012 at 2:00 p.m.;
19  WHEREAS one prior continuance of a Case Management Conference was
20 requested and granted in this action (*see* Doc. Nos. 26 & 30); and
21  THEREFORE, it is hereby STIPULATED and agreed by and between the
22 parties, pursuant to Local Rule 6-1, that the parties' deadline to file a Stipulation of
23 Dismissal currently set for October 31, 2012 is continued to November 14, 2012 and
24 the further Case Management Conference currently set for November 14, 2012 at
25 2:00 p.m. is continued to November 28, 2012 at 2:00 p.m.
26
27
28   [1] Defendant TransUnion LLC has already been dismissed with prejudice. *See* Doc No. 38.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 31, 2012 | SIMMONDS & NARITA LLP<br>TOMIO B. NARITA<br>R. TRAVIS CAMPBELL |
| 3 | | |
| 4 | | By:   s/R. Travis Campbell |
| 5 | |      R. Travis Campbell<br>     Attorneys for Defendant |
| 6 | |      Midland Credit Management, Inc.,<br>     erroneously sued as Midland Credit |
| 7 | |      Management |

DATED: October 31, 2012     STEBURG LAW FIRM
                            ANITA STEBURG

                            By:  s/Anita Steburg
                                 Anita Steburg
                                 Attorneys for Plaintiff
                                 Rosa Isela Ledesma

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 2, 2012

*/s/ Lucy H. Koh/*
Hon. Lucy K. Koh
U.S. District Judge