1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  R. TRAVIS CAMPBELL (SBN 271580)
   tcampbell@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625
   tnarita@snllp.com
6  tcampbell@snllp.com

7  Attorneys for defendant
   Midland Credit Management, Inc.,
8  erroneously sued as Midland Credit
   Management

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROSA ISELA LEDESMA, | ) | CASE NO. CV12-00495-LHK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE DEADLINE TO FILE DISMISSAL AND FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | ) | |
| | ) | |
| TRANS UNION LLC; MIDLAND CREDIT MANAGEMENT, | ) | |
| Defendants. | ) | |

Plaintiff ROSA ISELA LEDESMA ("Plaintiff") and defendant MIDLAND CREDIT MANAGEMENT, INC. ("Midland"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS on October 16, 2012, the parties[1] filed a Joint Notice Of Settlement (*see* Doc. No. 39);

WHEREAS on October 17, 2012, the Court issued an Order setting a deadline of October 31, 2012 for the parties to file a Stipulation of Dismissal and continued the Case Management Conference scheduled for October 24, 2012, to November 14, 2012;

WHEREAS the parties have agreed to the terms of a settlement agreement but require additional time to have the agreement fully executed;

WHEREAS the parties jointly request that the Court continue the deadline to file a Stipulation of Dismissal currently set for October 31, 2012, to November 14, 2012;

WHEREAS the parties do not anticipate that a further Case Management Conference will be necessary but if it is, the parties also request that the Case Management Conference currently set for November 14, 2012, be rescheduled to November 28, 2012 at 2:00 p.m.;

WHEREAS one prior continuance of a Case Management Conference was requested and granted in this action (*see* Doc. Nos. 26 & 30); and

THEREFORE, it is hereby STIPULATED and agreed by and between the parties, pursuant to Local Rule 6-1, that the parties' deadline to file a Stipulation of Dismissal currently set for October 31, 2012 is continued to November 14, 2012 and the further Case Management Conference currently set for November 14, 2012 at 2:00 p.m. is continued to November 28, 2012 at 2:00 p.m.

---

[1] Defendant TransUnion LLC has already been dismissed with prejudice. *See* Doc No. 38.

DATED: October 31, 2012          SIMMONDS & NARITA LLP
                                 TOMIO B. NARITA
                                 R. TRAVIS CAMPBELL

                          By:    s/R. Travis Campbell
                                 R. Travis Campbell
                                 Attorneys for Defendant
                                 Midland Credit Management, Inc.,
                                 erroneously sued as Midland Credit
                                 Management


DATED: October 31, 2012          STEBURG LAW FIRM
                                 ANITA STEBURG

                          By:    s/Anita Steburg
                                 Anita Steburg
                                 Attorneys for Plaintiff
                                 Rosa Isela Ledesma


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 2, 2012          _____
                                 Hon. Lucy K. Koh
                                 U.S. District Judge