Anita L. Steburg, State Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Phone (408) 573-1122
Fax (408) 573-1126

Attorney for Plaintiff
ROSA ISELA LEDESMA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA ISELA LEDESMA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION L.L.C.; and MIDLAND CREDIT MANAGEMENT<br><br>Defendants. | Case No.: CV12-00495 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT MIDLAND CREDIT MANAGEMENT ONLY** |

1

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND MIDLAND CREDIT MANAGEMENT ONLY - 12-CV-00495-LHK**

1 **IT IS HEREBY STIPULATED** by and between plaintiff Rosa Isela Ledesma and
2 Defendant Midland Credit Management, that the above-captioned action be and hereby is
3 dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

DATED: November 21, 2012        STEBURG LAW FIRM


                                By:    /s/ Anita L. Steburg
                                       Anita L. Steburg
                                       Attorney for Plaintiff
                                       ROSA ISELA LEDESMA


DATED:  November 21, 2012       SIMMONDS & NARITA LLP


                                By:    /s/ R. Travis Campbell
                                       R. Travis Campbell
                                       Attorney for Defendant
                                       MIDLAND CREDIT MANAGEMENT

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND MIDLAND CREDIT MANAGEMENT ONLY - 12-CV-00495-LHK**

PURSUANT TO STIPULATION, IT IS SO ORDERED that plaintiff Rosa Isela Ledesma and Defendant Midland Credit Management be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The only other Defendant, Trans Union L.L.C., was dismissed on August 16, 2012.  *See* ECF No. 38.  Accordingly, the Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: November 26, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

3

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND MIDLAND CREDIT MANAGEMENT ONLY - 12-CV-00495-LHK**