Anita L. Steburg, State Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110
Phone (408) 573-1122
Fax (408) 573-1126

Attorney for Plaintiff
ROSA ISELA LEDESMA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ISELA LEDESMA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION L.L.C.; and MIDLAND CREDIT MANAGEMENT<br><br>Defendants. | Case No.: CV12-00495 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT MIDLAND CREDIT MANAGEMENT ONLY** |

1

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND MIDLAND CREDIT MANAGEMENT ONLY - 12-CV-00495-LHK**

1 **IT IS HEREBY STIPULATED** by and between plaintiff Rosa Isela Ledesma and Defendant Midland Credit Management, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

DATED: November 21, 2012         STEBURG LAW FIRM

By:    /s/ Anita L. Steburg
       Anita L. Steburg
       Attorney for Plaintiff
       ROSA ISELA LEDESMA

DATED:  November 21, 2012        SIMMONDS & NARITA LLP

By:    /s/ R. Travis Campbell
       R. Travis Campbell
       Attorney for Defendant
       MIDLAND CREDIT MANAGEMENT

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND MIDLAND CREDIT MANAGEMENT ONLY - 12-CV-00495-LHK**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that plaintiff Rosa Isela Ledesma and
2  Defendant Midland Credit Management be and hereby is dismissed with prejudice pursuant to
3  Rule 41(a)(1) of the Federal Rules of Civil Procedure.  *See* ECF No. 38.  Accordingly, the Clerk shall
4  L.L.C., was dismissed on August 16, 2012.  *See* ECF No. 38.  Accordingly, the Clerk shall
5  close the file.

6  **IT IS SO ORDERED.**

7
8  DATED: November 26, 2012

                      *Lucy H. Koh*
                      Honorable Lucy H. Koh
                      United States District Judge